**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

February 16, 2021

**LETTER ORDER**

Re:   **DigiMedia Tech, LLC v. Sakar International, Inc.**
       **Civil Action No. 20-7226 (KM)**

Dear Counsel,

As discussed during the conference held in this matter earlier today, the Court will conduct a settlement conference with the parties on **March 23, 2021 at 2:00 PM**. All counsel and clients with full settlement authority shall participate in the conference. By no later than **March 18, 2021**, the parties are to submit separate confidential *ex parte* settlement position papers not to exceed **five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email **(JBC_orders@njd.uscourts.gov)**. Formal discovery is stayed pending the conference, but the parties are encouraged to cooperate in the informal exchange of documents and other items which may assist the settlement process.

**IT IS SO ORDERED.**

  s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
